IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUITY FORWARD, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) Case No. 18-cv-241 (RBW) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) |
| *Defendant*. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of June 15, 2020, the parties, by and through their undersigned counsel, respectfully submit the following:

1. Plaintiff Equity Forward initiated the instant action on February 1, 2018, against Defendant U.S. Department of Health and Human Services ("HHS") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of the FOIA. Compl., ECF No. 1.

2. As reported previously to the Court in reports and status conferences, HHS has conducted searches within two components: the Administration for Children and Families ("ACF") and the Office of the Secretary ("OS"). Both ACF and OS represent that they have completed processing those pages identified in their respective searches, including any pages they sent to other government agencies for consultation. ACF also has released 57 pages of responsive records referred to it by OS. ACF has now processed and produced to Plaintiff all pages received from OS.

3. Additional records were referred to other government agencies for direct response and remain outstanding.

4. On July 13, 2020, based on its review of the productions made, Plaintiff sent Defendant a list of requests and concerns regarding certain withholdings, and asked for the production of certain attachments. Defendant is currently reviewing these requests.

5. The parties respectfully propose that they file another Joint Status report by September 11, 2020, at which time they will update the Court as to whether any further action is required.

Dated: August 12, 2020

*/s/ Christine H. Monahan*
Christine H. Monahan
D.C. Bar No. 1035590
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
christine.monahan@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
DC Bar #924092
Chief, Civil Division

By:  */s/ Derek S. Hammond*
DEREK S. HAMMOND
D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC  20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*